STATE OF NEW JERSEY v. JOHN A. ROBINSON.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF
D. C. AND K. C.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LASCALA.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS DECOLA.

May 16, 1978. Petition for certification denied.

JULIE A. HUNTING v.
STATE CIVIL SERVICE COMMISSION.

May 16, 1978. Petition for certification denied.

ALAN MARCUS v. THE BOARD OF ADJUSTMENT OF THE
BOROUGH OF ALLENDALE.

May 16, 1978. Petition for certification denied.